ORDERED UNSEALED on 05/1/2025   s/ andreasar

**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Isaiah Raul MORENO,<br><br>Defendant. | Case No.:   '25 MJ2022<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>18 U.S.C. §922(a)(1)(A) and (B) - Dealing Firearms Without a License;<br><br>18 U.S.C. §§922(o) and 924(a)(2) – Possession of a Machinegun |

The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

Beginning no later than April 26, 2023 and continuing through June 8, 2023, in the Southern District of California, defendant, Isaiah Raul MORENO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 922(a)(1)(B).

<u>COUNT TWO</u>

On or about May 15, 2023, within the Southern District of California, defendant Isaiah Raul MORENO did knowingly possess a machinegun, to wit: a privately-manufactured pistol with a Glock switch machinegun conversion device installed, and two

additional Glock switches designed and intended to convert a semi-automatic firearm into a machinegun; all of which are machineguns as defined in 26 U.S.C. § 5845(b); in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

*Brandon Farmer*
_____
Brandon Farmer
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this <u>24th</u> day of April 2025.

_____
HONORABLE MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

**A.   April 26, 2023, Controlled Purchase of a PMF, .223/5.56 caliber, AR-15 type pistol**

In April 2023, a confidential informant with ATF ("CI")[1] negotiated the sale of an AR-15 type firearm via Snapchat with an individual the CI knew as "Wicked," later identified as Isaiah Raul MORENO ("MORENO"). The CI notified ATF of the deal, and an Undercover ATF Special Agent ("UC") was identified to accompany the CI to the sale.

On April 26, 2023, the CI and UC arrived at the parking lot of Dick's Sporting Goods located at 1200 Auto Park Way, Escondido, California driving an undercover vehicle. That location is within the Southern District of California. After the CI told MORENO he was at the deal location, MORENO arrived as a passenger of a white Chrysler 200 sedan. The CI exited the undercover vehicle and briefly greeted MORENO. MORENO then entered the front passenger side of the undercover vehicle and was introduced to the UC. MORENO had a tattoo on his left cheek of a "W" and an "S."  He was identified as "Wicked," a.k.a. MORENO, by the CI.

MORENO retrieved two 10-round magazines from a backpack along with an AR-15 upper receiver and lower receiver and handed them to the UC, who attached the two receivers and inspected them. After inspecting the firearm, the UC paid MORENO $1,300 for those items, which included one privately-made firearm ("PMF"), .223/5.56 caliber, AR-15 type pistol.

Following this controlled purchase, detectives with the Escondido Police Department Gang Unit were provided with a surveillance photograph of Wicked. Detectives positively

---

[1] The CI received monetary payments as part of this investigation. The CI has provided truthful and credible information related to this investigation as well as previous and current ongoing investigations. A criminal records check revealed the following information: in 2021, the CI was convicted of felony domestic violence, exhibiting a deadly weapon, and received 3 years' probation. In 2024, the CI was arrested for domestic violence, vandalism, and violation of a protective order. These charges were dropped. The CI's probation was revoked, and the CI was sentenced to two years and eight months custody. The CI is deactivated.

identified Wicked as Isaiah Raul MORENO. Records checks revealed MORENO's California Driver's License had the same address listed as the address listed on the registration for the white Chrysler driven by MORENO on April 26.

### B.     May 8, 2023, Controlled Purchase of a PMF, 9mm, pistol

Following the April 23, 2023 controlled purchase, the UC maintained communication with MORENO via recorded Snap Chat messages. After offering to sell multiple firearms, MORENO offered to sell the UC what appeared to be a short-barreled rifle for $1,700. Before the deal, MORENO told the UC that he had sold the rifle and instead offered the UC a PMF pistol for $1,200. MORENO referred to the pistol as his personal pistol.

On May 8, 2023, the UC arrived at the same parking lot of Dick's Sporting Goods in Escondido, California as the previous deal. After the UC told MORENO he was at the deal location, MORENO arrived driving the same white Chrysler. The UC then entered the backseat of the Chrysler. MORENO handed the UC a black and gold 9mm PMF pistol. MORENO unloaded a magazine for the PMF pistol, mentioning that he needed that ammunition, before giving the empty magazine to the UC. The UC then inspected and function tested the PMF pistol. MORENEO again referred to the pistol as his personal firearm and stated that the pistol had a custom binary trigger installed. MORENO explained that a binary trigger allows the firearm to shoot when the trigger is pulled as well as when it is let go. After inspecting the firearm, the UC paid MORENO $1,200 for the black and gold 9mm PMF pistol.

### C.     May 15, 2023, Controlled Purchase of a Beretta pistol, a PMF pistol with Glock switch installed, and two additional Glock switches

Following the sale on May 8, the UC and MORENO continued to communicate via recorded Snap Chat messages about potential future purchases of firearms. Between May 9 and May 14, 2023, the two discussed the sale of a PMF pistol with a Glock conversion device and a Beretta Pistol.

On May 15, 2023, the UC arrived at the same parking lot of Dick's Sporting Goods as the prior two deals in an undercover vehicle along with a second undercover agent. After

4

the UC told MORENO he was at the deal location, MORENO again arrived driving the white Chrysler. MORENO exited the Chrysler, was introduced to the second undercover agent, and entered the back seat of the undercover vehicle. MORENO gave two Glock switches, one PMF 9mm pistol with a Glock switch installed, and Beretta pistol bearing serial number BER415841 to the UC. The UC inspected and function tested the PMF 9mm pistol and the Beretta pistol. As the UC was inspecting and function testing the firearms, MORENO demonstrated how to manipulate the Glock switch, converting the PMF 9mm pistol from a semi-automatic firearm to a fully automatic firearm. MORENO confirmed his knowledge that the firearm would function as a fully automatic machine gun and explained that he had previously fired the firearm as a functioning machine gun. After inspecting the firearms, the UC paid MORENO $4,100. The UC purchased two machine gun conversion devices, one PMF 9mm pistol with a Glock switch machine gun conversion device installed, and one Beretta pistol bearing serial number BER415841.

A preliminary examination by the ATF indicated the three Glock switches purchased during this deal had the design features and characteristics of a "machinegun" as defined in in 26 U.S.C. § 5845(b).

**D.    June 8, 2023, Controlled Purchase of an Anderson Manufacturing, AM-15, .223 caliber pistol**

The UC and MORENO continued to communicate via recorded Snap Chat messages about potential future purchases of firearms following the sale on May 15. MORENO offered to sell the UC one AR-15 type rifle for $1,700.

On June 8, 2023, the UC arrived at the same parking lot of Dick's Sporting Goods in an undercover vehicle. After the UC told MORENO he was at the deal location, MORENO arrived driving a silver Toyota Camry. MORENO exited the Camry and entered the front passenger side of the undercover vehicle. MORENO removed the firearm from a gym-style bag. The firearm was separated into two parts consisting of an upper and lower receiver. The UC attached the upper and lower receivers then inspected and function tested the firearm. MORENO told the UC that he removed the stock from the firearm. Based on this,

5

the UC identified the firearm as an AR-15 type pistol, as the removal of the stock converted the firearm from a short barrel rifle to a pistol.

MORENO also provided the UC with an extended magazine, telling the UC that it could contain 40 rounds of ammunition. MORENO told the UC that he had some "beans" for the UC, referring to ammunition. After inspecting the firearm, the UC paid MORENO $1,700. The UC purchased an Anderson Manufacturing, AM-15, .223 caliber pistol bearing serial number 0714019717 and 20 rounds of Remington .223 caliber ammunition.

## ADDITIONAL INVESTIGATION

As part of their investigation, ATF Special Agents have conducted a query of MORENO. The query determined MORENO does not currently, nor has ever held, a Federal Firearms License to sell or manufacture firearms. The investigation is ongoing.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, cause destruction of evidence, or have a negative impact on this continuing investigation.